JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NSHAN AYANIAN,

              Petitioner,

      v.

TODD M. LYONS, et al.,

              Respondents.

Case No. 5:26-cv-02352-MWF-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 27, 2026

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE